**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 4, 2023

Re: **United States v. Jafet Sanchez Mercado**
    **23 Cr. 167 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court authorize Jafet Sanchez Mercado to retrieve his passport from Pre-Trial Services in the Southern District of Florida on Wednesday, April 5, 2023, for a trip to the Dominican Republic to visit with his family (children and grandchildren) over the Easter holiday, specifically from Thursday, April 6, 2023, to Friday, April 21, 2023. Previously, and conditioned upon the addition of Mr. Sanchez Mercado's wife to his personal recognizance bond, Mr. Sanchez Mercado received authorization from Magistrate Judge James Cott to travel to the Dominican Republic over the Christmas holiday, from December 20, 2022 through January 6, 2023, and the trip occurred without incident. The defense understands that Pre-Trial Services generally takes no position on applications of this nature, but notes that Mr. Sanchez Mercado remains in full compliance with all of his release conditions. The government also takes no position on this request.

    I thank the Court for its consideration of this application.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc: AUSA Patrick Moroney
    AUSA Matthew Shahabian
    Pre-Trial Officer Marlon Ovalles