**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 20, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 21, 2023

**Re:   United States v. Jafet Sanchez Mercado**
      **23 Cr. 167 (RA)**

Dear Judge Abrams,

I write to respectfully request that the Court extend Jafet Sanchez Mercado's travel authorization to the Dominican Republic by one week, from April 21, 2023, to April 28, 2023. The government does not object to this application.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc:   AUSA Patrick Moroney
      AUSA Matthew Shahabian
      Pre-Trial Officer Marlon Ovalles