**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Jafet Sanchez Mercado**
    **23 Cr. 167 (RA)**

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 5, 2023

Dear Judge Abrams,

    I write to respectfully request that the Court authorize Jafet Sanchez Mercado to retrieve his passport from Pre-Trial Services in the Southern District of Florida on Monday, May 8, 2023, so that he may fly to the Southern District of New York on Tuesday, May 9, 2023, in anticipation of his May 11, 2023, initial appearance before the Court. As he has previously done, Mr. Sanchez Mercado will surrender his passport to Pre-Trial Services in the Southern District of New York promptly upon his arrival in the District.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc: AUSA Patrick Moroney
    AUSA Matthew Shahabian
    Pre-Trial Officer Marlon Ovalles