**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 22, 2023

Re: **United States v. Jafet Sanchez Mercado
23 Cr. 167 (RA)**

Dear Judge Abrams,

    I write regarding Jafet Sanchez Mercado's bail conditions. Following Mr. Sanchez Mercado's guilty plea today, the Court granted his application to return to the Dominican Republic pending sentencing, which is currently scheduled for October 30, 2023. Consistent with that decision, I respectfully request that the Court endorse this letter confirming Mr. Sanchez Mercado's ability to obtain his passport from Pre-Trial Services tomorrow, May 19, 2023, and return to the Dominican Republic forthwith. Mr. Sanchez Mercado will transmit his itinerary to the U.S. Attorney's Office and Pre-Trial Services, and will also continue to report to Pre-Trial Services Officer Marlon Ovalles as directed. Mr. Sanchez Mercado will provide Officer Ovalles with his home and office address, along with any other information that Officer Ovalles considers reasonably necessary to facilitate his continued supervision of Mr. Sanchez Mercado.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc: AUSA Patrick Moroney
     AUSA Matthew Shahabian
     Pre-Trial Officer Marlon Ovalles