# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 2, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to February 7, 2024 at 3:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 2, 2024

**Re:** **United States v. Jafet Sanchez Mercado**
   **23 Cr. 167 (RA)**

Dear Judge Abrams,

    I write to respectfully request a 45-day adjournment of Jafet Sanchez Mercado's sentencing proceeding, currently scheduled for January 18, 2024. The Government consents to this application. Since the previous adjournment, I have collected letters and other documents pertinent to the Pre-Sentence Report and the Court's application of the 18 U.S.C. § 3553(a) factors to Mr. Sanchez Mercado, and require additional time to finish obtaining and translating all of the materials. The parties also require additional time to coordinate Mr. Sanchez Mercado's travel and parole into the United States for sentencing with the relevant Department of Homeland Security officials. This is the defense's second application for an adjournment of sentencing in this matter. Relevant to this application, Mr. Sanchez Mercado remains in compliance with all bail conditions.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc: AUSA Patrick Moroney
     AUSA Matthew Shahabian