# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

January 24, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 24, 2024

**Re:    United States v. Jafet Sanchez Mercado**
     **23 Cr. 167 (RA)**

Dear Judge Abrams,

I write to respectfully request that the Court modify the deadlines for the parties' respective sentencing submissions in advance of Jafet Sanchez Mercado's sentencing proceeding, which is scheduled for February 7, 2024. Currently, pursuant to the Court's individual rules and practices, the defense submission is due today, January 24, 2024, and the government's submission is due Wednesday, January 31, 2024. Unfortunately, due to changes in my schedule, I require a two-day extension of the deadline to file my letter, from today to Friday, January 26, 2024. I also request that the Court extend the government's deadline to submit from Wednesday, January 31, 2024, to Friday, February 2, 2024. Counsel for the government consent to this application, and I thank the Court for considering it.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jafet Sanchez Mercado

Cc:    AUSA Patrick Moroney
     AUSA Matthew Shahabian